# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE VERA SANCHEZ, et al.,<br><br>        Plaintiff,s<br><br>      v.<br><br>CITY OF COALINGA,<br><br>        Defendant. | Case No. 1:18-cv-01018-SAB<br><br>ORDER REQUIRING DEFENDANTS TO FILE RESPONSIVE PLEADING<br><br>FIVE DAY DEADLINE |

Plaintiffs June Vera Sanchez and Dolores Huerta Foundation, Inc. filed this action against Defendant City of Coalinga in the Superior Court of the State of California, Kings County on June 12, 2018. On July 26, 2018, Defendant removed the matter to the Eastern District of California. Defendant did not file a responsive pleading with the notice of removal, no responsive pleading has been filed since the removal of the action, nor have the parties filed a stipulation to extend time to respond.

Accordingly, IT IS HEREBY ORDERED that Defendant shall file a responsive pleading within five days from the date of service of this order. Failure to file a responsive pleading in response to this order may result in the issuance of sanctions, up to and including entry of default.

IT IS SO ORDERED.

Dated:   **August 17, 2018**

                            UNITED STATES MAGISTRATE JUDGE

1